FILED & JUDGMENT ENTERED
Steven T. Salata

November 3 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-31801 |
| TNP Property Enterprises ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## ORDER

On November 2, 2017, Susan Melicia filed this Chapter 7 bankruptcy on behalf of TNP Property Enterprises. Melicia indicated that the debtor is a real estate investment trust and its business falls under the definition of "Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))." Melicia asserts she is the managing trustee of the debtor.

Chapter 84 of the North Carolina General Statutes as well as Local Rule 2090-1(a) provide that an individual may not appear at a hearing on behalf of a partnership, corporation, trust, association, or other business entity. The Court performed a search of all licensed attorneys in North Carolina and found no record of Melicia.

Accordingly, Melicia is ordered to appear on November 27, 2017, at 9:30 AM at the Charles R. Jonas Federal Courthouse and show cause as to (1) why she should not be sanctioned for practicing law without a license and (2) why this case should be allowed to proceed.

**SO ORDERED.**

**This Order has been signed electronically.**  **United States Bankruptcy Court**
**The judge's signature and the court's seal**
**appear at the top of the Order.**